**Motion GRANTED in Part and Order filed February 27, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00138-CV
_____

### IN RE AMY HENRY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-FD-0305**

---

## ORDER

On February 24, 2017, relator Amy Henry filed a petition for writ of mandamus asking this court to order the 306th Judicial District Court, in Galveston County, Texas, to vacate the Order Granting Extraordinary Relief that the Honorable C.G. Dibrell signed on February 21, 2017, as visiting judge in trial court number 17-FD-0305.

1

Relator also filed a motions for temporary relief asking this court to stay the Order Granting Extraordinary Relief and stay the proceedings below, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and the motions that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** the following part of the Order Granting Extraordinary Relief **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court:

> 4. Pending the hearing on March 2, 2017, the parties, their attorneys and agents and all persons acting in concert with them are temporary restrained from discussing this case with any reporter or news media or providing information about this case to any news media or on any form of social media.

We do not stay the hearing on temporary orders that the trial court has set for March 2, 2017.

In addition, the court requests Mark Henry, the real party-in-interest, to file a response to the petition for writ of mandamus on or before March 9, 2017. *See* Tex. R. App. P. 52.4.

Additionally, we ORDER relator to comply with Texas Rule of Appellate Procedure 9.9 by redacting the names of the children from the appendix to the mandamus petition. *See* Tex. R. App. P. 9.9. If relator fails to file an appendix in compliance with this rule by March 9, 2017, this court shall strike the appendix.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Wise.